■ In the Matter of DAVID J. WEINBLATT, Respondent, v. BOARD OF ELECTIONS OF NASSAU COUNTY, Appellant.— In a proceeding under the Election Law: (a) to validate the petition requesting an opportunity to write in the

---

* Not published with other decisions of Sept., 1963, 19 A D 2d 789.— [REP.

name of an undesignated candidate, to be voted on at the forthcoming primary election on September 5, 1963, for the party position of committeeman of the County Committee of the Democratic party from the 166th Election District, 4th Assembly District, Town of Oyster Bay, County of Nassau; and (b) to annul the determination of the Board of Elections holding said write-in petition to be invalid, the board appeals from an order of the Supreme Court, Nassau County, entered August 30, 1963 upon the decision of the court, which granted the petition in this proceeding, validated the said write-in petition and annulled the board's determination. Order affirmed, without costs. Beldock, P. J., Kleinfeld, Christ and Rabin, JJ., concur.